## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **PALMER VENTURES, L.L.C. ET AL.** § | |
| § | |
| **VERSUS** § | **CIVIL ACTION NO.:** |
| § | **3:04-cv-706-JJB-DLD** |
| **DEUTSCHE BANK, A.G., PRESIDIO** § | |
| **ADVISORY SERVICES, L.L.C.,** § | **JUDGE JAMES J. BRADY** |
| **PRESIDIO ADVISORS, L.L.C.,** § | |
| **PRESIDIO GROWTH, L.L.C., JOHN** § | **MAGISTRATE JUDGE DALBY(3)** |
| **M. LARSON, DAVID AMIR MAKOV,** § | |
| **and ROBERT A. PFAFF** § | |
| § | |

### MEMORANDUM IN SUPPORT OF
### DEFENDANTS PRESIDIO ADVISORY SERVICES, LLC'S, PRESIDIO ADVISORS, LLC'S, PRESIDIO GROWTH, LLC'S, JOHN M. LARSON'S AND ROBERT A. PFAFF'S MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT

Defendants Presidio Advisory Services, LLC, Presidio Advisors, LLC, Presidio Growth, LLC, and specially appearing Defendants John M. Larson and Robert A. Pfaff[1] (collectively, "the Presidio Defendants") file this memorandum in support of their motion to strike Plaintiffs' Amended Complaint (Docket #215) on the grounds the Amended Complaint is in contradiction to this Court's Order of April 29, 2008 (Docket #214) and is an improper pleading to the pending motions to dismiss (Docket #14 and #204).

**I.**

On April 29, 2008, this Court entered an Order denying the motion to dismiss filed by Deutsche Bank, without prejudice, but granting Plaintiffs "leave to amend their petition

---

[1] Mr. Larson and Mr. Pfaff specially appear here solely to contest the exercise of personal jurisdiction over them.

solely as to alleged claims against Deutsche Bank." Docket #214, p. 7, Exhibit A attached. Then, on May 21, 2008, Plaintiffs filed their <u>Amended Complaint</u> against *all* defendants, asserting alleged claims against the Presidio Defendants. Docket #215, Exhibit B; E-Notice, Exhibit C.

Plaintiffs' <u>Amended Complaint</u> is in contradiction to this Court's order, and the Presidio Defendants move this Court to strike the <u>Amended Complaint</u> as to the Presidio Defendants.

**II.**

On October 8, 2004, the Presidio Defendants responded to the Plaintiffs' original petition by moving to stay the proceeding pending arbitration. Docket #13. In the alternative, the Presidio Defendants moved to dismiss Plaintiffs' original petition. Docket #14. On October 15, 2004, this Court dismissed the motion to dismiss without prejudice pending resolution of the motion to stay. Docket #17. The Court further allowed that "[i]n the event [the Presidio Defendants file a renewed motion to dismiss], defendants need not file another supporting memorandum but may adopt their prior memorandum by reference." *Id.*

On March 17, 2008, the Presidio Defendants then renewed their motion to dismiss. Docket #204. In their opposition to the motion to dismiss, Plaintiffs requested an extension of time to undertake specific jurisdictional discovery, and filed a motion for a 75-day extension of time to undertake such discovery and then respond to the personal jurisdiction section of the motion to dismiss. Docket #209 and #210. This Court granted the extension of time for Plaintiffs to undertake such discovery and then to file their supplemental response to the

motion to dismiss. Docket #211. Instead, Plaintiffs amended their petition and asserted claims against the Presidio Defendants.

Plaintiffs' filing of their <u>Amended Complaint</u> while the Presidio Defendants' motion to dismiss is pending is improper. The Plaintiffs have neither sought nor been granted leave by the Court to amended their claims as to the Presidio Defendants. FED. R. CIV. PROC. 15(a). Therefore, the Presidio Defendants move this Court to strike the <u>Amended Complaint</u> as to the Presidio Defendants

WHEREFORE, Defendants Presidio Advisory Services, LLC, Presidio Advisors, LLC, Presidio Growth, LLC, and specially appearing Defendants John M. Larson and Robert A. Pfaff respectfully request that the Court strike Plaintiffs' <u>Amended Complaint</u>, and grant such further relief as this Court deems just and proper.

Dated: June 4, 2008                                Respectfully submitted,

By: ___/s/ Eric R. Miller_____
   Ewell E. Eagan, Jr., T.A. #5239
   Loulan J. Pitre, Jr., #17749
   Eric R. Miller, #21359
   GORDON, ARATA, MCCOLLAM,
     DUPLANTIS & EAGAN LLP
   One American Place
   301 Main Street, Suite 1600
   Baton Rouge, Louisiana 70801-1916
   Telephone: (225) 381-9643
   Telecopier: (225) 336-9763
   eeagan@gordonarata.com
   lpitre@gordonarata.com
   emiller@gordonarata.com

LATHAM & WATKINS LLP
Steven M. Bauer (Cal. SBN 135067)
Margaret Tough (Cal SBN 218056)
505 Montgomery Street., Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Telecopier: (415) 395-8095

**Attorneys for Defendants**
**PRESIDIO ADVISORY SERVICES, LLC,**
**PRESIDIO ADVISORS, LLC, PRESIDIO GROWTH,**
**LLC, JOHN M. LARSON AND ROBERT A. PFAFF**

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

The undersigned hereby certifies that pursuant to LR 5.7.10 and on the 4th day of June 2008, a copy of the foregoing pleading has been filed and served electronically upon the following counsel of record:

Fredrick R. Tulley        fred.tulley@taylorporter.com
John Ashley Moore    ashley.moore@taylorporter.com
Edward D. Hughes     eddie.hughes@taylorporter.com
    ATTORNEYS FOR PALMER VENTURES, L.L.C. and JOHN M. ENGQUIST

Charles S. McCowan , Jr        charles.mccowan@keanmiller.com
Todd A. Rossi                         todd.rossi@keanmiller.com
Charles S. McCowan , III       trey.mccowan@keanmiller.com
Louis Victor Gregoire , Jr     victor.gregoire@keanmiller.com
Seth C. Farber                       sfarber@dl.com
    ATTORNEYS FOR DEUTSCH BANK

                                                    /s/ Eric R. Miller
                                                  Eric R. Miller